United States District Court
District of Massachusetts

Eugene Flemon
Plaintiff

V

Defendants            (( Complaint ))
Thomas (Tom) Reilly
Thomas Brennan
Daniel Flahety

RECEIVED DEC 9 2003
03-12490 MLW
Referred to MJ RBC

The state work had me in jail for major conspiracy from Vinfen Corp 950 Cambridge Cambridge, Mass, will be file legal documents with this complaint, will be amend this complaint with attorney

12/8/03  Eugene F[lemon]