COMMONWEALTH OF MASSACHUSETTS

**HAND DELIVERY**

NORFOLK, SS:                                             BROOKLINE MUNICIPAL COURT
RECEIVED BY: _____                             TRIAL DIVISION
                                                         CR
                                                         _____
                                                         9409- 1584

Commonwealth of Massachusetts )
        Complainant            )
                               )
                               )
v.                             )     NOLLE PROSEQUI
                               )
                               )
_Eugene Fleming_____ )
            Defendant          )

NOW comes the Commonwealth in the above-captioned matter and enters a <u>nolle prosequi</u> as to the following counts:

Case was indicted in Norfolk Superior Court and arraigned; the case will Nolle Prosed today 12/27/94

As reasons therefore, the Commonwealth avers that the interests of justice require that these matters be prosecuted no further.

                                        Respectfully submitted
                                        FOR THE COMMONWEALTH

                                        _____
                                        Assistant District Attorney

RECEIVED
U.S. ATTORNEY
BOSTON, MASS.
DEC 9  2 59 PM '03

DATE _12/27/94_

2

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | ☐ Retained<br>☑ Assigned | | |
|---|---|---|---|---|---|
| BROOKLINE | | | TERMS OF REL. 500,000 w/surety or 50000 cash | | |
| HAND DELIVERY | Eugene P. Fleming<br>Watson St.<br>Dorchester, Ma. | RECEIVED<br>U.S. ATTORNEY<br>BOSTON MASS.<br>DEC 9 2 59 PM '03 | DATE | PROCEEDING | |
| RECEIVED BY: [signature] | | | 11/4/94 | ☑ Arraigned before J. Burns | |
| | | | | ☐ Advised of right to counsel | |
| | | | | ☐ Advised of right to drug exam | |
| DEF. DOB AND SEX | OFFENSE CODE(S) | | | ☐ Advised of right to bail review | |
| 03/06/67 | 326 696 633 703 272 | | | ☐ Advised of right to F.I. Jury Trial | |
| DATE OF OFFENSE | PLACE OF OFFENSE | | | ☐ Waives  ☐ Requests F.I. Jury Trial | |
| 11/04/94 | Brookline | | | ☐ Advised of alien rights | |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) | | | ☐ Warrant issued  ☐ Default warrant issued | |
| Michael Heavey | Brookline | | | ☐ Default removed  ☐ Warrant recalled | |
| DATE OF COMPLAINT | RETURN DATE AND TIME | | | ☐ Warrant issued  ☐ Default warrant issued | |
| 11/04/94 | Arr. BMC | | | ☐ Default removed  ☐ Warrant recalled | |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| a. ASSAULT AND BATTERY c265 s13A | | | | | | |
| DATE 11/04/94 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ New Plea:  ☐ Admits suff. facts | | | | | |
| | FINDING | JUDGE | Nolle Prosequi ADA Early DEC 27 1994 | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | | | |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| b. ARMED ASSAULT IN A DWELLING c265 s18A | | | | | | |
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ New Plea:  ☐ Admits suff. facts | | | | | |
| | FINDING | JUDGE | Nolle Prosequi ADA DEC 27 1994 | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | | | |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| c. ARMED ASSAULT IN A DWELLING c265 s18A | | | | | | |
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ New Plea:  ☐ Admits suff. facts | | | | | |
| | FINDING | JUDGE | Nolle Prosequi DEC 27 1994 | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | | | |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| d. ARMED BURGLARY AND ASSAULT ON AN OCCUPANT c266 s14 | | | | | | |
| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ New Plea:  ☐ Admits suff. facts | | | | | |
| | FINDING | JUDGE | Nolle Prosequi DEC 27 1994 | | | |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION  ☐ Discharged from probation  ☐ Dismissed at request of probation | | | DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | | | | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 11-15-94 | P.T.H. | | | 11/4/94 | X54018A | 1000 | 1500 |
| 11-29-94 | STATUS | | | 11-29-94 | 249 | 453 | |
| 12-19-94 | PC-NFC | | | | | | |
| 12-27-94 | ST | | | | | | |

3

# NOTICE OF ASSIGNMENT OF COUNSEL

**ASSIGNMENT NUMBER:** C 1096012-1

**COMMONWEALTH OF MASSACHUSETTS**

**DATE OF ASSIGNMENT:** 11/29/94
**NAME OF ASSIGNING JUDGE:** Goodwin
**COURT/DIVISION:** #529 BROOKLINE DISTRICT COURT, 360 WASHINGTON STREET, BROOKLINE, MA 02146
☐ JURY SESSION (Check Here)

**NAME OF PERSON FOR WHOM COUNSEL ASSIGNED:** Eugene P. Fleming

☐ Juvenile (J)  ☒ Adult (A)  Language if not English: _____

## CRIMINAL CASES—ENTER OFFENSE CODE OR CHAPTER & SECTION WITH CHARGE

| DOCKET NO. | OFFENSE CODE | CHAPTER | SECTION | CHARGE |
|---|---|---|---|---|
| 9469CR1584 | | 265 | 13A | A+B |
| | | 265 | 18A | Armed Assault w/ Dolly |
| | | 265 | 18A | Armed Assault w/ Bowl |
| | | | | Armed Burglary Assault |
| | | 265 | 14 | on Occupant |

### NON-CRIMINAL CASES

☐ 1001 c.119, §§23(C), 29
☐ 1002 c.210, §3/DPW v.JKB
☐ 1003 Civil Commitment
☐ 1017 Writ of Apprehension c.123, §12E
☐ 1018 Commitment of Alcoholics c.123, §35
☐ 1019 Commitment/Guardianship of Mentally Retarded Persons c.201, §6A
☐ 1004 Commitment Review
☐ 1005 c.112, §12S
☐ 1006 SDP (c. 123A, §5)
☐ 1007 SDP Review (c. 123A, §9)
☐ 1008 CHINS (c.119, §39F)
☐ 1009 Rogers
☐ 1010 Spring/Salkowicz
☐ 1011 Probate Contempt
☐ 1012 Housing Contempt
☐ 1013 Foster Care Review
☐ 1014 Elderly Abuse
☐ 1015 c.201 Guardianship
☐ 1016 C&P (c.119, §24, 26)
☐ 1020 Disabled Persons (c.19C, §7 Petition for Protective Services)

THIS FORM IS NOT FOR GUARDIAN AD LITEM ASSIGNMENTS

**NEXT COURT DATE:** 12/19/94

**INCARCERATION STATUS**
☐ Released
☐ Not Released
☐ Bail
☐ No Bail
☐ Serving Other Sentence
☐ Committed
☐ Not Applicable

**FOR:**
☐ Bench or Jury Trial (T)
☐ Pre-Trial (P)
☒ Probable Cause (C)
☐ Other (O)

**POST-TRIAL CRIMINAL CASES ONLY — PURPOSE OF ASSIGNMENT**
☐ Appeals Court or SJC (A)
☐ Sentence Appeal (S)
☐ Probation Surrender (P)
☐ Revise and Revoke (R)
☐ New Trial Motion (N)
☐ Other (O)

## INDIGENCY DETERMINATION

The court has found the above-named person
☒ Indigent   or   ☐ Indigent but able to contribute $ _____

The attorney or organization listed below is assigned to represent this person in this action.

**CHECK ONE OF THE FOLLOWING:**

☐ Public Defender Division
Local Office # 12
(See reverse side for address and telephone number.)

☒ Private Counsel Attorney
PLEASE PRINT
NAME: Joseph Killion
STREET: [illegible] Mess St
CITY: Brookline, MA
STATE:
TELEPHONE: (617) 237-0___

☐ Student Attorney under Rule 3:03
Name of Program

☐ Attorney to be named by CPCS for Appeals Court/SJC/Murder Cases/Rule 30 Motions/SDP Send to:
CPCS
80 Boylston Street, Suite 600
Boston, MA 02116
**HAND DELIVER**

CRIMINAL CASE INFORMATION CONTACT: BAR ADVOCATE PROGRAM (SEE REVERSE SIDE FOR ADDRESS AND TELEPHONE NUMBER.)

RECEIVED BY: [signature] Ferrara

AUTHORIZED SIGNATURE: Jacqueline R. Sacramone
PRINT NAME

## INSTRUCTIONS TO THE COURT

1. Forward white copy to Committee for Public Counsel Services, 80 Boylston Street, Boston, MA 02116.
2. Retain green copy for court file.
3. Remaining copies are color coded as follows: pink—client, blue—bar advocate program, buff and goldenrod—attorney.

C-1 (7-88)

| --- | --- |
| 11-4-94 | atty issued |
| 11-7-94 | Bail papers sent to jail |
| 11-15-94 | Mitt iss. |
| 11-15-94 | not contact victim and stay away from 9 Newton st per ordr J. Goodwin |

RECEIVED
U.S. ATTORNEY
BOSTON, MASS.
DEC 9 - 2 59 PM '03

HAND DELIVERY

RECEIVED BY: _____

5

RECEIVED
U.S. ATTORNEY
BOSTON MASS.

DEC 9  2 59 PM '03

Bail Review # __98920  BROOKLINE  9409CR1584__

# Commonwealth of Massachusetts

NORFOLK, SS.                       SUPERIOR COURT

**HAND DELIVERY**         COMMONWEALTH

RECEIVED BY: _[signature]_     VS.

                      EUGENE P. FLEMING

### NOTICE OF DECISION OF PETITION FOR REVIEW OF BAIL

On the Petition for Review of Decision Denying Release on Personal Recognizance was held on __Nov. 15, 1994__.

Judge __Chernoff__ made the following order:

_10,000 Cash_

_No Contact Vin Com + Victim's_

_Supervision of Norf. Sup Ct._

And further orders the said _____ committed to the jail in said County in the custody of the Sheriff of said County until he shall enter a recognizance pursuant to this order.

Entered: __11/16__, 19__94__

_[signature]_
Assistant Clerk-Norfolk County
Superior Court

Cr-39

| COURT DIVISION | | | District Court Department |
|---|---|---|---|
| BROKLINE | NAME, ADDRESS, ZIP CODE OF DEFENDANT | | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: |

Eugene P. Fleming
56 Nelson st.
Dorchester, Ma.

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 03/06/67 | 626 626 605 508 200 |
| DATE OF OFFENSE | PLACE OF OFFENSE |
| 11/04/94 | Brookline |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Michael Heavey | Brookline |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 11/04/94 | Arrest |

HAND DELIVERY

RECEIVED DEC 9 2 59 PM '03 U.S. ATTORNEY BOSTON, MASS.

RECEIVED BY: [signature]

**COUNT-OFFENSE**
**a. ASSAULT AND BATTERY c265 s13A**

did assault and beat Norma J. Hickey , in violation of G.L. c.265, s.13A.

**COUNT-OFFENSE**
**b. ARMED ASSAULT IN A DWELLING c265 s18A**

being armed with a dangerous weapon, Knife, did enter a dwelling house and while therein did assault Norma J. Hickey with intent to commit a felony, in violation of G.L. c.265, s.18A.

**COUNT-OFFENSE**
**c. ARMED ASSAULT IN A DWELLING c265 s18A**

being armed with a dangerous weapon, Knife , did enter a dwelling house and while therein did assault Earl E. Pittman with intent to commit a felony, in violation of G.L. c.265, s.18A.

**COUNT-OFFENSE**
**d. ARMED BURGLARY AND ASSAULT ON AN OCCUPANT c266 s14**

did break and enter in the night time the dwelling house of Vinfen Corp. with intent therein to commit a felony, and being armed with a dangerous weapon at the time of said breaking and entering, did make an actual assault upon Norma J. Hickey , a person lawfully therein, in violation of G.L. c.266, s.14.

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X [signature] | X [signature] | 11/04/94 ~~11/08/94~~ | |
| FIRST JUSTICE Herbert N. Goodwin | COURT ADDRESS 360 Washington St. Brookline, Ma. 02146 | | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

6

**COUNT-OFFENSE**
e. **MAL. DESTRUCTION OF PROP. OVER $250 c266 s127**

did wilfully and maliciously destroy or injure the personal property, dwelling house, or building of Vinfen Corp., the value of the property so destroyed or injured exceeding two hundred and fifty dollars, in violation of G.L. c.266, s.127.

**COUNT-OFFENSE**

**HAND DELIVERY**

RECEIVED BY: _[signature]_

RECEIVED U.S. ATTORNEY BOSTON, MASS. DEC 9 2 59 PM '03

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) |
|---|---|---|
| X _[signature]_ | X _John J. Connors_ | 11/04/94 |

| COUNT-OFFENSE | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| e.MAL. DESTRUCTION OF PROP. O/ $250 c266 s127 | | | | | | |

| DATE | PLEA | | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| | ☐ Not Guilty ☐ Guilty ☐ Nolo | HAND DELIVERY | |
| | ☐ New Plea: ☐ Admits suff. facts | | |
| | FINDING JUDGE | | |
| | RECEIVED BY: [signature] | | |
| | Cont. w/o finding until: | | FINAL DISPOSITION |
| | | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | | ☐ Dismissed at request of probation |

RECEIVED
DEC 9 2 59 PM '03
U.S. ATTORNEY
BOSTON, MASS

[Remaining count-offense sections on page are blank]

DC-CR-9 (9/90)    8

DELIVERY

RECEIVED BY: [signature]



RECEIVED
U.S. ATTORNEY
BOSTON, MASS.
DEC 9  3 01 PM '03

U.S. Department of Justice

United States Attorney
District of Massachusetts

705 River St, Mattapan, MA

Main Reception: (617) 748-3100

(617) 364-4657

United States Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

COMPLAINT FORM

Eugene Flem
12/8/03

TO: DUTY ATTORNEY
FROM: Eugene Flemon

NATURE OF COMPLAINT:

Howard Hughes harassed ~~his~~ me and my family also Friend. 94.5 Radio Station been putting false information on the radio with Hughes. My family member Titus Coleman has been harassed at 5 Dever St, Dor, Mass. Karen Ellis has been harassed from Thomas Brennan also Tony Ellis 12 American Legion Hwy, Dor, Mass Dorothy Corawley 12 Roxele, Dor, Mass 02124-1513 My Dr. Suan Phillips Boston Medical Center has been having Problem from Thomas Brennan

**HAND DELIVERY**

RECEIVED
U.S. ATTORNEY
BOSTON, MASS.
DEC 9  3 01 PM '03

RECEIVED BY: [signature]

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

Eugene Flemon
(617) 364-4657
705 River St
Mattapan

Main Reception: (617) 748-3100

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

**COMPLAINT FORM**

TO: DUTY ATTORNEY
FROM: Eugene Flemon

Eugene Flemon
12/8/03

NATURE OF COMPLAINT:

Brookline Court House, the judge send my criminal case to Norfolk Superior Court for a dwelling house and the house was not a dwelling house it was Vinfen Corp. 950 Cambridge St Cambridge, Mass. Judge Grabau was the judge 7/15/96. Judge Houston was the trial on 5/19/99 Judge Hamlin was on my case also Gershengorn J Judge Butler was on my case, Judge Hinkle was the hearing 10/24/95. Attorney for commonwealth Thomas (~~~~) Brennan also Daniel Flaherty, Clerk Magistrate Connors from Brookline Court House Attorney Donna M. Parutiu was my trial attorney Judge Dortch Okara was on my case. all this information is a conspiracy from the commonwealth



**RECEIVED
U.S. ATTORNEY
BOSTON, MASS.

DEC 9  3 01 PM '03**

**U.S. Department of Justice**

*Michael J. Sullivan
United States Attorney
District of Massachusetts*

---

Main Reception: (617) 748-3100

**HAND DELIVERY**

RECEIVED BY: *Ferrara*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 5, 2003

Eugene Flemon
705 River Street
Mattapan, MA 02126

*File legal documents with this*

Re: <u>Complaint Form Submitted on December 1, 2003</u>

Dear Mr. Flemon:

    I have reviewed the Complaint Form that you submitted on December 1, 2003. As you may recall, we also discussed your complaint in a telephone conversation on December 2, 2003.

    Having carefully reviewed this matter, I do not believe that there is a sufficient basis to pursue a federal criminal investigation at this time. However, if you believe that there are legal errors related to your prior criminal convictions, you may want to consider contacting a private attorney or public defender to assist you in dealing with those problems.

    Thank you for your submission.

                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                 United States Attorney

                       By: _____
                              JOHN J. FARLEY
                              Assistant U.S. Attorney

*Eugene Flemon*
12/8/03

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

12/8/03 _____     Eugene Flemon _____
Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Commonwealth of Massachusetts

Norfolk, SS

District Court Department
Brookline Division
No. 9409 CR 1584

RECEIVED
U.S. ATTORNEY
BOSTON, MASS.
Dec 9 2 58 PM '03

Commonwealth
v.
Eugene Fleming

**HAND DELIVERY**

RECEIVED BY: _____

MOTION TO WITHDRAW

Now comes counsel in the above entitled action and respectfully moves that this Honorable Court allow her to withdraw her appearance in this matter.

As grounds for said motion counsel states that there has been a complete brake down of communication between the defendant and counsel. The defendant has accused counsel of helping the Commonwealth build a case against him. Counsel is unable to resolve these issues with the defendant and therefore unable to communicate with him in order to effectively represent him.

Allow
[signature] 11/21/94

Wendy Wolf
Wendy Wolf
Committee for Public Counsel Services
Public Counsel Division
450 Washington Street, Suite 206
Dedham, MA 02026
(617) 326-0632