```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

EUGENE FLEMON,                     )
        Plaintiff,                 )
                                   )
        v.                         )    C.A. No. 03-12490-MLW
                                   )
THOMAS REILLY, et al.,             )
        Defendants.                )
```

MEMORANDUM AND ORDER

For the reasons stated below, plaintiff is granted thirty-five (35) days to file a new Application to Proceed Without Prepayment of Fees and Affidavit or his original Application will be denied without prejudice. The Clerk shall enter the pleadings and plaintiff's address on the docket for this action.

BACKGROUND

On December 9, 2003, plaintiff submitted for filing his self-prepared complaint naming as defendants (1) Thomas (Tom) Reilly; (2) Thomas Brennan; and (3) Daniel Flahety. With his complaint, plaintiff submitted a complete Application to Proceed Without Prepayment of Filing Fees ("Application"), see Application, Docket No. 1, stating that he is currently incarcerated. That Application was signed by plaintiff on December 8, 2003.

On December 9, 2003, plaintiff also filed the first-page of an Application to Proceed Without Prepayment of Fees

1

indicating that he is not currently incarcerated. Because plaintiff only filed the first-page of the Application, it was not signed and/or dated by plaintiff.

On December 15, 2003, plaintiff again filed the first-page of an Application to Proceed Without Prepayment of Fees indicating that he is not currently incarcerated.

The Court's records indicate that plaintiff previously filed  Flemon v. Reilly, et al., C.A. No. 02-12161-MLW and that he now resides at 705 River Street, Mattapan, MA  02324. See Docket, C.A. No. 02-12161-MLW.

## DISCUSSION

Because it appears (1) that plaintiff has been released from prison; and (2) that his most recent Applications are incomplete, the Court is unable to determine whether plaintiff is indigent.  Plaintiff will be granted additional time to file a new Application to Proceed Without Prepayment of Fees and Affidavit.  Plaintiff's failure to file a new Application to Proceed Without Prepayment of Fees will result in the denial of his original Application without prejudice.

## ORDER

Based upon the foregoing, it is hereby

ORDERED, the Clerk shall docket the pleadings in this action; and it is further

ORDERED, the Clerk shall enter on the docket plaintiff's address at 705 River Street, Mattapan, MA 02324; and it is further

ORDERED, plaintiff shall file, within thirty-five (35) days of the date of this Memorandum and Order, a new Application to Proceed Without Prepayment of Fees and Affidavit or his original Application will be denied without prejudice.  The Clerk shall send plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Memorandum and Order.

SO ORDERED.

Dated at Boston, Massachusetts, this 20th day of February, 2004.

         /s/ Mark L. Wolf
         MARK L. WOLF
         UNITED STATES DISTRICT JUDGE