UNited State District Court of Massachusetts

FILED
IN CLERK'S OFFICE

2004 JAN 15 P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

Eugene Flemon
Plaintiff
  V.
Defendant
Attorney General of Massachusetts

Complaint to have the 'old' Affidavit indigency back on file.

03-12490 MLW

The Plaintiff Stated he been trying get a Affidavit indigency the Pink Form and the law Library don't have the Pink Form of affidavit indigency. The Plaintiff request the Clerk of Court to Send 100.00 Affidavit of indigency to all facility in massachusetts. and to Send 30 Affidavit of indignecy every 90 days. The Plaintiff looking Forward to the Clerk of Court look into this Problem. or go back to the Old Affidavit of indigncey before 8-days come if Possible. The right amend complaint

Please Place this legal document into my Personal File that I want because I am the Overseers.
Eugene Flemon
Eugene Flemon 1/12/04
Overseers

Thanks
Respectfully Submitted
Mr. Flemon, Eugene
Old Colony Correctional Center
One Administration Rd
Bridgewater, MA 02324