United States District Court of Massachusetts

FILED
IN CLERKS OFFICE

2004 JAN 15 P 12: 15

MAGISTRATE JUDGE Bowler

U.S. DISTRICT COURT
DISTRICT OF MASS.

03 12490 MLW

Plaintiff
Eugene Flemon
v.
Thomas (Tom) Reilly
Defendant

Motion For Service By Certified mail

04 10114 GAO

Plaintiff, hereby moves this court that Service of the complaint be effected by certified mail. As grounds therefore, Plaintiff states that he is a prisoner currently confined at old colony corr. center and is indigent. By the attached application to proceed without prepayment of fees and affidavit

C.C. File record
Eugene Flemon
Eugene Flemon
Oversees

Thanks
1/12/04 Eugene Flemon
One Administration Rd
Bridgewater, MA 02324