```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

EUGENE FLEMMON,              )
    Plaintiff,            )
                           )
    v.                     )   C.A. No. 03-12490-MLW
                           )
THOMAS REILLY, ET AL,        )
    Defendant.             )

<u>ORDER</u>

WOLF, D.J.                                  November  30  , 2004

On August 20, 2004, this court ordered the plaintiff Eugene Flemmon to demonstrate good cause, in writing within forty-two (42) days, why this action should not be dismissed for the reasons stated in the Order. Flemmon has not responded to the court's Order. Accordingly, it is hereby ORDERED that this case is DISMISSED for want of prosecution.

                                          /s/ Mark L. Wolf
                                          UNITED STATES DISTRICT JUDGE